# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NATURAL CHEMISTRY L.P.**,

    **Plaintiff**,

**v.**                                          Case No:   6:13-cv-1607-Orl-31KRS

**HAROLD EVANS and PURE PLANET SCIENCE & TECHNOLOGY, INC.**,

    **Defendants**.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Stipulation of Dismissal of All Remaining claims (Doc. 125), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 23, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties